**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LUKA AVTANDILASHVILI,<br>     *Petitioner,* | : <br> : <br> : <br> : |
| v. | :   **CIVIL NO. 26-3705** <br> : |
| J.L. JAMISON et al.,<br>     *Respondents.* | : <br> : <br> : |

## ORDER

**AND NOW,** this **2nd** day of **June 2026,** upon consideration of Luka Avtandilashvili's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Avtandilashvili from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on JUNE 2, 2026.

2. The Government is enjoined from detaining Mr. Avtandilashvili under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**